ELLEN HORGAN, as Executrix, etc., et al., Appellants, *v.* SAMUEL RIKER et al., as Executors, etc., Respondents.

(Argued April 29, 1890; decided May 9, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 18, 1888, which modified and affirmed as modified a judgment in favor of defendants entered upon an order of Special Term confirming the report of a referee.

*James M. Lyddy* for appellants.

*John E. Parsons* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.